# Court of Appeals
## Tenth Appellate District of Texas

---
---

## 10-23-00400-CR

---
---

In re Bryan Stallworth

---
---

## Original Proceeding

---
---

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

The petition for a writ of mandamus filed by Bryan Stallworth is denied. TEX. R. APP. P. 52.8.

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: April 30, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Denied
Do not publish
OT06

